IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) FELIX COTTO-ORTIZ<br>A/K/A Dr. Cotto (Counts 1 to 6)<br>2) JOSE MURATI-SEPULVEDA<br> a/k/a Chiqui (Counts 1 to 6)<br>3) EDUARDO LASALVIA-PRISCO<br>a/k/a Dr. Lasalvia (Counts 1 to 6)<br>**4) LAURA ALBERTINI-FOSSA**<br>a/k/a Dr. Albertini (Counts 1 to 6)<br>5) SYLVIA CUCCHI<br>a/k/a Dr. Cucchi (Counts 1 to 6)<br>6) RUBEN OTERO-LOPEZ<br>a/k/a Dr. Otero (Counts 1 to 6)<br>**7) JORGE NAZARIO-CORTEZ**<br>a/k/a Dr. Nazario (Counts 1, 4 and 6)<br>Defendants | CRIMINAL 07-0075CCC |

# O R D E R

The Motion Requesting Dismissal of Indictment in Light of Referral to Pretrial Diversion Program filed by the United States (**docket entry 84**) is GRANTED. Accordingly, the indictment filed against defendants Laura Albertini-Fossa and Jorge Nazario-Cortez is ORDERED DISMISSED, without prejudice.

SO ORDERED.

At San Juan, Puerto Rico, on October 16, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge