# United States District Court

FOR THE **DISTRICT OF** **PUERTO RICO**

UNITED STATES OF AMERICA

v.

**LAURA ALBERTINI-FOSSA,**
a/k/a "Dr. Albertini"

**WARRANT FOR ARREST**

CRIMINAL NO: 07-~~75~~ (CCC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **LAURA ALBERTINI-FOSSA, a/k/a "Dr. Albertini"** and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment ___ Information ___ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him or her with (brief description of offense)

the defendant herein, knowingly and willfully conspired with others to defraud an agency of the United States in any manner and any purpose, to wit, defendants agreed to impair, obstruct, and defeat the lawful function of the Federal Food and Drug Administration by interfering with its lawful function of regulating the interstate distribution of drugs; and to that effect at least one of the defendants mentioned above did an act to effect the object of the conspiracy, in violation of Title 18, United States Code, Sections 371, 1343, 1349, 982 and Title 21, United States Code, Sections 331(d) and 333(a)(2)

Bruce J. McGiverin
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

2/28/07 San Juan, PR
Date and Location

Bail fixed at $ 200,000   by Hon. William Turnoff (US Magistrate Judge) on 2 March 07
Name of Judicial Officer   Southern District of FL

10% surety

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received 2/28/2007 | Name and Title of Arresting Officer Dan Minsker SPECIAL AGENT FDA-OCI, Miami Field Office | Signature of Arresting Officer OFFICER NOT AVAILABLE FOR SIGNATURE (SUBJECT Arrested in Hollywood, FL on 3-1-2007 at 12:25 PM |
|---|---|---|
| Date of Arrest 3/1/2007 | | |

Arrested at 12:25 pm in Hollywood, FL.